IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRANITE REINSURANCE COMPANY, LTD, A Barbados Corporation, | ) ) ) | CIVIL 8:08CV410 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STATE OF NEBRASKA, ex. Rel. ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation and FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; RISK MANAGEMENT AGENCY, an agency of and within the United States Department of Agriculture, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Upon the motion of the United States of America, filing no. 19, to extend time to respond to Granite Reinsurance's Motion for Remand and for good cause shown,

IT IS HEREBY ORDERED that the United States of America on behalf of the Federal Crop Insurance Corporation and the Risk Management Agency is granted until December 21, 2008, to file a response to the Motion For Remand.

Dated: October 22, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge