IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRANITE REINSURANCE COMPANY, LTD, A Barbados Corporation, | ) ) ) | CIVIL 8:08CV410 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STATE OF NEBRASKA, ex. Rel. ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation and FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; RISK MANAGEMENT AGENCY, an agency of and within the United States Department of Agriculture, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Upon the Defendants' Third motion for extension of time to answer (Filing No. 25) and for good cause shown,

IT IS HEREBY ORDERED that the Defendant is granted until January 13, 2009, to file an answer to the plaintiff's complaint or to file a motion under Fed. R. Civ. P. 12(b) or 12(e).

Dated: December 19th, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge