IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE AMERICAN GROWERS INSURANCE COMPANY, <br><br>  In Liquidation, <br><br> _____ <br><br> GRANITE REINSURANCE COMPANY, LTD, A Barbados Corporation <br><br>  Plaintiff, <br> v. <br><br> STATE OF NEBRASKA, ex. rel. ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation and FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; RISK MANAGEMENT AGENCY, an agency of and within the United States Department of Agriculture, <br><br>  Defendants. <br> _____ | ) <br> ) Civil 8:08-CV-410 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE UNITED STATES OPPOSITION AND BRIEF IN OPPOSITION TO THE MOTION FOR REMAND**

Granite Reinsurance Company, Ltd. ("Granite Re") has moved, filing no. 38, for an extension of time to respond to the United States Department of Agriculture, FCIC and RMA's Opposition and Brief in Opposition to Motion for Remand. The Court finds that the Motion is unopposed and should be granted. Granite Re therefore may file its reply brief on or before May 22, 2009.

DATED: May 14, 2009.                                      BY THE COURT

                                                          s/ *David L. Piester*

                                                          David L. Piester

                                                          United States Magistrate Judge