IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRANITE REINSURANCE COMPANY, LTD, A Barbados Corporation,<br>　　　　Plaintiff, | ) <br> ) <br> ) | CIVIL 8:08-CV-00410 |
| v. | ) | |
| STATE OF NEBRASKA, ex. rel., ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation and FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; RISK MANAGEMENT AGENCY, an agency of and within the United States Department of Agriculture, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER ON MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF DEFENDANT STATE OF NEBRASKA, EX. REL. ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA** |
| 　　　　Defendants. | ) | |

　　　　The STATE OF NEBRASKA, ex. rel., ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation, ("Liquidator") has moved for an extension of time in which to file a Reply Brief to the Brief of the United States of America that opposes the Motion for Remand.  The Court finds that the Motion, filing no. 39, is unopposed and should be granted.  The STATE OF NEBRASKA, ex. rel., ANN M. FROHMAN, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, in her capacity as Liquidator of AMERICAN GROWERS INSURANCE COMPANY, in liquidation, ("Liquidator"), therefore may file her Reply Brief on or before May 23, 2009.

DATED this 14th day of May, 2009.

                                                BY THE COURT

                                                s/ *David L. Piester*
                                                David L. Piester
                                                United States Magistrate Judge

455030